**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Roegester GRAYS, Petitioner**

**No. 579 MAL 2017**

Supreme Court of Pennsylvania.

January 8, 2018

## ORDER

PER CURIAM

**AND NOW,** this 8th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**